81 A.3d 880

**GRAYSTONE BANK, Appellee**

v.

**GROVE ESTATES, L.P., Appellant.**

Graystone Bank, Appellee

v.

Timothy F. Pasch, Appellant.

Graystone Bank, Appellee

v.

Maximus Fugacious, LLC, Appellant.

Graystone Bank, Appellee

v.

Timothy F. Pasch, Inc., Appellant.

Graystone Bank, Appellee

v.

Grove Estates, LP, Appellant.

Graystone Bank, Appellee

v.

Grove Estates, LP, Appellant.

Graystone Bank, Appellee

v.

Timothy F. Pasch, Appellant.

Graystone Bank, Appellee

v.

Maximus Fugacious, LLC, Appellant.

Graystone Bank, Appellee

v.

Timothy F. Pasch, Inc., Appellant.

Supreme Court of Pennsylvania.

Argued Nov. 20, 2013.

Decided Nov. 26, 2013.

108

Gilbert B. Abramson, Esq., Michael Tolcott, Esq., Gilbert B. Abramson & Associates, L.L.C., Philadelphia, for Grove Estates, LP in Nos. 49 MAP 2013, 53 MAP 2013, 54 MAP 2013.

Gilbert B. Abramson, Esq., Michael Tolcott, Esq., Gilbert B. Abramson & Associates, L.L.C., Philadelphia, for Maximus Fugacious, LLC in Nos. 51 MAP 2013, 56 MAP 2013.

Gilbert B. Abramson, Esq., Michael Tolcott, Esq., Gilbert B. Abramson & Associates, L.L.C., Philadelphia, for Timothy F. Pasch, Inc. in Nos. 50 MAP 2013, 52 MAP 2013, 55 MAP 2013, 57 MAP 2013.

Andrew Joseph Benchoff, Esq., Donald L. Kornfield, Esq., Kornfield & Benchoff, L.L.P., Waynesboro, John N. Keller, Esq., Keller, Keller and Beck, L.L.C., Waynesboro, for Graystone Bank.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, STEVENS, JJ.

## *ORDER*

PER CURIAM.

**AND NOW**, this 26th day of November, 2013, the order of the Superior Court is hereby **AFFIRMED.**

Justice STEVENS did not participate in the consideration or decision of this case.